## James. C. McFarland

### *v.*

## Wm. E. Butler.

A motion was made by the defendant, before the judge of the fourth judicial district, to vacate the order made by the judge of the fifth district dismissing the appeal from the judgment of the justice of the peace in this cause, (the residence of the judge of the fourth district being nearest the county seat of Scott county,) which was denied, and the defendant appeals from the order denying the same to this court. (For further statement see preceding case.)

A. R. Capehart, for appellant.

A. G. Chatfield, for respondent.

*By the Court*—Berry, J.—This is an appeal from an order made by the district judge of the fourth district, denying a motion to vacate an order made by the judge of the fifth district, dismissing an appeal from a justice of the peace. An appeal was also taken from the latter order, which we have determined at this term, holding that the order of dismissal

was right, and affirming the same. It follows that the motion to vacate was properly denied, and the order of denial is accordingly affirmed.